DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY A. LATCHAW, M.D.,**
Appellant,

v.

**DEPARTMENT OF HEALTH,**
Appellee.

No. 4D16-3127

[March 22, 2018]

Appeal from the State of Florida, Board of Medicine, Department of Health; L.T. Case No. 2014-05250.

Mycki Ratan of Ratzan & Faccidomo, LLC, Miami, for appellant.

Katelyn R. Levine, Assistant General Counsel, Florida Department of Health, Prosecution Services Unit, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and ROBERTS, KATHLEEN H., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***